UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRANK HARRIS,

      Plaintiff,

                                    Case No. 2:25-cv-15

v.

                                      Hon. Hala Y. Jarbou

JEFFREY HOWARD,

      Defendant.

_____/

## ORDER

On June 8, 2026, Magistrate Judge Ray Kent issued a report and recommendation that defendant Jeffrey Howard's motion to dismiss be denied (R&R, ECF No. 51).  The R&R was duly served on the parties.  Howard requested, and was granted, an extension of the fourteen-day window for objecting to the R&R (ECF No. 54), but no objection was filed within the allotted time.  Consequently, the Court reviews the R&R at most for plain error.  *See Dobronski v. TBI, Inc.*, No. 20-cv-11910, 2021 WL 1575292 (E.D. Mich. Apr. 22, 2021).  No such error is discernible either in the R&R's analysis or its recommended disposition.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 51) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Howard's motion to dismiss (ECF No. 29) is **DENIED**.

Dated: July 7, 2026                    /s/ Hala Y. Jarbou
                                           HALA Y. JARBOU
                                           CHIEF UNITED STATES DISTRICT JUDGE